**STEVE S. EFRON**
ATTORNEY AT LAW
237 WEST 35TH STREET · SUITE 1502
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX. (212) 682-5958
SSEFRON@AOL.COM

December 15, 2021

Hon. Frederic Block
Senior District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Sass v. New York City Transit Authority et al.
    21-cv-4255(FB)(RLM)

Dear Judge Block:

  Pursuant to the Court's order of December 8, 2021, Michael O'Neill, counsel for plaintiff, and I have conferred and agree to the following briefing schedule. On or before January 17, 2022, defendants shall serve their motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or answer the complaint; plaintiff shall serve his answering papers to the motion on or before February 14, 2022; and defendants shall file their reply papers, if any, on or before February 28, 2022.

             Respectfully yours,

             _____/s/_____
             Steve S. Efron

SSE:s