**ROANNE L. MANN**  DATE: **January 20, 2022**
**UNITED STATES MAGISTRATE JUDGE**  START: **12:30 p.m.**
  END: **1:05 p.m.**

**DOCKET NO:** 21-cv-4255 (FB)

**CASE** Sass v. New York City Transit Authority, et al.

| X | INITIAL CONFERENCE | ☐ | OTHER/*CHEEKS* HEARING |
| ☐ | DISCOVERY CONFERENCE | ☐ | FINAL/PRETRIAL CONFERENCE |
| ☐ | SETTLEMENT CONFERENCE | X | TELEPHONE CONFERENCE |
| ☐ | MOTION HEARING | ☐ | INFANT COMPROMISE HEARING |

**PLAINTIFF**

**ATTORNEY**

| | Michael G. O'Neill |
|---|---|

**DEFENDANTS**

**ATTORNEY**

| | Steve S. Efron |
|---|---|
| | |

X  FACT DISCOVERY TO BE COMPLETED BY   June 24, 2022
☐  SETTLEMENT CONFERENCE SCHEDULED FOR
☐  JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
☐  PL. TO SERVE DEF. BY:           DEF. TO SERVE PL. BY:

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic initial conference. Plaintiff must serve initial disclosures by January 21, 2022. Fact discovery must be completed by June 24, 2022. Pleadings may be amended as of right by February 9, 2022. The Court defers setting a schedule for expert disclosures. By April 8, 2022, the parties must file a joint letter-motion requesting that the discovery schedule be held in abeyance (in the event the parties have agreed to settle the case) or requesting a settlement conference or a referral to court-annexed mediation. Requests for a premotion conference are due by July 6, 2022.