UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GARY SASS,

                Plaintiff,                          JUDGMENT
                                                                21-CV-4255-FB-RLM

                -against-

NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSIT AUTHORITY,
MTA BUS COMPANY, MANHATTAN AND
BRONX SURFACE TRANSPORTATION
OPERATING AUTHORITY and MTA REGIONAL
BUS OPERATIONS,

                Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on May 10, 2024, granting the defendants' motion for summary judgment; it is

        ORDERED and ADJUDGED that the defendants' motion for summary judgment is granted.

Dated: Brooklyn, NY                                                                 Brenna B. Mahoney
         May 15, 2024                                                              Clerk of Court

                                                                                           By: */s/Jalitza Poveda*
                                                                                               Deputy Clerk